UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| RUSSELL R. JAGDEO, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:17-CV-469 |
| | ) | | Judge Phillips |
| NANCY A. BERRYHILL, | ) | | |
| Acting Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**<u>ORDER</u>**

This Social Security case is before the Court to consider the Report and Recommendation of United States Magistrate Judge Debra C. Poplin dated February 19, 2019 [Doc. 24]. Judge Poplin recommends that the plaintiff's motion for summary judgment [Doc. 17] be granted in part and the case be remanded to the Commissioner for further proceedings. Judge Poplin further recommends that the defendant's motion for summary judgment [Doc. 22] be denied. No objections to the Report and Recommendation have been filed and the time for doing so has passed. 28 U.S.C. § 636(b)(1); E.D. Tenn. L.R. 7.2.

The Court has carefully reviewed this matter, including the administrative record and the underlying pleadings [Docs. 17, 18, 22, 23]. The Court is in agreement with Magistrate Judge Poplin's recommendation which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 24]. The plaintiff's motion for summary judgment [Doc. 17] is

**GRANTED in part** to the extent that it seeks remand to the Commissioner. The Commissioner's motion for summary judgment [Doc. 22] is **DENIED**. The Commissioner's decision is **REVERSED and REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Poplin's Report and Recommendation [Doc. 24].

    IT IS SO ORDERED.

          s/ Thomas W. Phillips
    SENIOR UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT