UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RUSSELL R. JAGDEO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-00469-JRG-DCP |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

This matter is before the Court on United States Magistrate Judge Debra C. Poplin's Report and Recommendation [Doc. 43]. Judge Poplin recommends the Court grant Plaintiff's Petition for Approval of § 406(b) Attorney Fees [Doc. 29] and Plaintiff's Motion to Amend Petition for Attorney Fees [Doc. 31]. Judge Poplin also recommends the Court deny as moot Plaintiff's Second Motion to Amend Petition for Attorney Fees [Doc. 32]. None of the parties has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the record, the Court agrees with Judge Poplin's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Petition for Approval of § 406(b) Attorney Fees [Doc. 29] and Plaintiff's Motion to Amend Petition for Attorney Fees [Doc. 31] are **GRANTED**. It is therefore **ORDERED** that Plaintiff's counsel recover from Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, the amount of $32,126.15 in attorney's fees, with the requirement that Plaintiff's attorney must remit to

Plaintiff the amount of $7,000 in attorney's fees previously received from Defendant. Plaintiff's Second Motion to Amend Petition for Attorney Fees [Doc. 32] is **DENIED as moot**.

So ordered.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk